```
                        UNITED STATES DISTRICT COURT
                        SOUTHERN DISTRICT OF FLORIDA

                        CASE NO.  12-60578-CIV-COHN
                        MAGISTRATE JUDGE P. A. WHITE

KEVIN BURKS JERSHUN,          :

        Petitioner,           :

v.                            :         REPORT OF
                                        MAGISTRATE JUDGE
STATE OF FLORIDA, et al.,     :

        Respondents,          :
_____
```

The pro-se petitioner, Kevin Burks Jershun, filed a petition for writ of habeas corpus pursuant to 28 U.S.C. 2241.

The petitioner, a pre-trial detainee at the Paul Rein Facility, is attacking charges in case no. 11001963CF10A pending in the Broward County Courts. The petitioner claims he was arrested on February 1, 2011, on false charges, including possession of a weapon by a violent career criminal, failure to register as a sex offender and battery. He seeks release and damages.

This claim is without merit. A petition filed pursuant to section 2241 is used to attack the execution of a sentence, and may be used to challenge some matters that occur in prison such as deprivation of good time credits and other prison disciplinary matters.

Further, the plaintiff is a pre-trial detainee, in an ongoing criminal case, and appears to be represented by a Public Defender. Principles of equity, comity and federalism in certain circumstances counsel abstention in deference to ongoing state proceedings. See Younger v. Harris, 401 U.S. 37 (1971). "Younger

abstention is required when (1) the proceedings constitute an ongoing state judicial proceeding, (2) the proceedings implicate important state interests, and (3) there is an adequate opportunity in the state proceedings to raise constitutional challenges." Christman v. Crist, 315 Fed. Appx. 231, 232 (11 Cir. 2009) (citing 31 Foster Children v. Bush, 329 F.3d 1255, 1274 (11 Cir. 2003)). The plaintiff has provided no sufficient reason for this Court to overlook the principles of abstention.

Lastly, there are no damages awarded in a petition for writ of habeas corpus case, and this prayer for relief is meritless.

In this case, a petition for writ of habeas corpus is clearly not a proper vehicle, and the petition should be dismissed.

Objections to this report may be filed with the District Judge within fourteen days of receipt of a copy of the report.

Dated this 4th day of April, 2012.

_____
UNITED STATES MAGISTRATE JUDGE

cc:  Kevin Burks Jershun, Pro Se
     #571101070
     Paul Rein Detention Center
     Address of record

2