UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 12-60578-CIV-COHN/WHITE

KEVIN BURKS JERSHUN,

    Petitioner,

v.

STATE OF FLORIDA, et al.,

    Respondents.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

**THIS CAUSE** is before the Court upon the Report and Recommendation [DE 7] of United States Magistrate Judge Patrick A. White.  The Court notes that Petitioner Kevin Burks Jershun has not filed any objections to the Report and Recommendation, and the time for doing so has passed.  Even though no timely objections were filed, the Court has conducted a *de novo* review of the Report and Recommendation, Mr. Jershun's Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2241 [DE 1] ("Petition"), the record in this case, and is otherwise fully advised in the premises.

    Judge White recommends dismissal because Mr. Jershun's Petition is without merit.  First, Judge White notes that a § 2241 petition is used to attack the execution of a sentence or to challenge certain matters that occur in prison such as deprivation of good time credits and other prison disciplinary matters.  Second, Judge White concludes that abstention is warranted because Mr. Jershun is a pre-trial detainee in an ongoing criminal case in which he appears to be represented by a Public Defender.  Third, Judge White explains that Mr. Jershun's request for damages is meritless because damages are not available in a petition for writ of habeas corpus.  The undersigned agrees with Judge White.  Accordingly, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. The Report and Recommendation [DE 7] is hereby **ADOPTED**;

2. Kevin Burks Jershun's Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2241 [DE 1] is **DISMISSED**;

3. Any pending motions are **DENIED as moot**, and the Clerk of Court is directed to **CLOSE** this case.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 30th day of April, 2012.

_____
JAMES I. COHN
United States District Judge

Copy sent via CM/ECF regular mail to:
Kevin Burks Jershun, *pro se*
571101070
Paul Rein Detention Facility
P.O. Box 407003
Fort Lauderdale, FL 33340